# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0032. DIONTRA MILLER v. THE STATE.**

Upon consideration of the Appellant's emergency motion for an extension of time to file an application for discretionary appeal, the motion is hereby GRANTED and the Appellant shall have until December 27, 2023 in which to file the application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/20/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*